

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

| SERVICE OF: | LETTER, SUMMONS & COMPLAINT, CIVIL COVER SHEET |
|---|---|
| EFFECTED (1) BY ME: | NYC DCA #0862954 Juan Pereira |
| TITLE: PROCESS SERVER | DATE: 03-20-2012 1:55 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
SAFEGUARD SERVICES, LLC., C/O CT CORPORATION SYSTEM, REGISTERED AGENT *Upon Aixa Flores – Process Specialist

Place where served: C.T. Corporation
111 Eighth Avenue – 13th Floor NY NY 10011

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: * Authorized Agent of the Named Entity

Description of person accepting service:
SEX: F   AGE: 50-60   HEIGHT: 5'7"   WEIGHT: 140-160 lbs   SKIN: Brown   HAIR: Brown   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 03/20/2012

NYC DCA #0862954 Juan Pereira

_____ L.S.
SIGNATURE OF
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   JEFFREY P. BLUMSTEIN, ESQ.
PLAINTIFF:   NATIONWIDE AMBULANCE SERVICES, INC.
DEFENDANT: KATHLEEN SEBELIUS, ET ALS
VENUE:       DISTRICT OF NEW JERSEY
DOCKET:      2 12 CV 00830 ES CLW (NEWARK)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.